# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136883
& (43)

SHUBH HOTELS DETROIT, LLC,
     Plaintiff-Appellant,

v

                                          SC: 136883
                                          COA: 276666
                                          Wayne CC: 05-535718-CK

WELLS OPERATING PARTNERSHIP,
LP,
     Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the June 3, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for admission *pro hac vice* is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008                                                     
                                                                 Clerk

1215